## JOAO BOCK TRANSACTION SYSTEMS, LLC, Plaintiff–Appellant

v.

## JACK HENRY & ASSOCIATES, INC., Defendant–Appellee.

### No. 2015–1245.

United States Court of Appeals, Federal Circuit.

Oct. 13, 2015.

Steven Whitefield Ritcheson, Heninger Garrison Davis, LLC, Chatsworth, CA, argued for plaintiff-appellant. Also represented by Timothy C. Davis, Birmingham, AL; Maureen V. Abbey, Westfield, NJ; Joseph J. Gleason, Atlanta, GA.

Russell S. Jones, Jr., Polsinelli PC, Kansas City, MO, argued for defendant-appellee. Also represented by Jay E. Heidrick, Richard P. Stitt.

DYK, TARANTO, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**